UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. COPYRIGHT OFFICE, REGISTER OF COPYRIGHTS,<br><br>    *Defendants*. | Civil Action No. 22-2909 (TJK) |

# NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Grant D. Johnson as counsel for Defendants in the above-captioned case.

Dated: October 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

*/s/ Grant D. Johnson*
GRANT D. JOHNSON, D.C. Bar No. 1024489
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 305-2513 (phone)
(202) 307-0345 (fax)
Grant.D.Johnson@usdoj.gov

*Counsel for Defendants*