**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRUCE MUNRO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COPYRIGHT OFFICE,<br>REGISTER OF COPYRIGHTS,<br><br>    Defendant(s). | Civil Action No. 22-2909 (TJK) |

## **UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE**

Plaintiff Bruce Munro ("Plaintiff") moves for and submits pursuant to Fed. R. Civ. P. 6(b) and Local Rule LCvR 16.1 this ***unopposed*** request to revise the briefing schedule in this action and reciprocally extend the parties' briefing deadlines as set forth herein. A proposed order is attached.

This is an action on copyright registration and for administrative review of a refusal of registration by the U.S. Copyright Office, Register of Copyrights ("Defendants").

The parties jointly submitted a proposed briefing schedule for this action on October 28, 2022 (DE 22), which this Court entered by a text minute order on October 30, 2022, which was further revised by text minute orders entered on March 1st and 14th.

Matters have arisen leading to conflicts with upcoming dates in the existing briefing schedule. Additionally, certain counsel's CM-ECF filing status at present remains pending and awaiting activation by the Clerk, which the Clerk has now confirmed is set to occur on or about April 3, 2023. Plaintiff and Defendants' counsel have conferred thereon and accordingly concur that a three-week reciprocal revision of remaining briefing dates is warranted, that good cause exists for such revision, and that the proposed amended briefing schedule below would not prejudice any party or result in any unreasonable delay in adjudication of this action.

Accordingly, Plaintiff respectfully requests entry of the following amended briefing schedule to govern the remainder of this matter:

- April 7, 2023: Plaintiff to file his motion for summary judgment;
- June 7, 2023: Defendants to file their combined cross-motion for summary judgment and opposition;
- August 3, 2023: Plaintiff to file his combined opposition and reply;
- September 18, 2023: Defendants to file their reply;
- October 4, 2023: Plaintiff to file the joint appendix.

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for Defendants, who stated they do not oppose revision and extension of the briefing schedule as set forth above.

A proposed order is attached.

Dated: March 15, 2023

Respectfully submitted,

**SRIPLAW**

*/s/ Joel B. Rothman*
Joel B. Rothman (FL #98220)
joel.rothman@sriplaw.com
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

**LAW OFFICES OF CARL F. SCHWENKER**

*/s/ Carl F. Schwenker*
Carl F. Schwenker (TX #00788374)
cfslaw@swbell.net
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

*Counsel for Plaintiff Bruce Munro*

## **CERTIFICATE OF SERVICE**

On March 15, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this action.

/s/ *Joel B. Rothman*
Joel B. Rothman