UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COPYRIGHT OFFICE,<br>REGISTER OF COPYRIGHTS,<br><br>    Defendant(s). | Civil Action No. 22-2909 (TJK) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion to Revise Briefing Schedule, it is hereby ORDERED that the motion is granted for good cause. It is further ORDERED that the following schedule shall govern the remainder of this action:

- April 7, 2023: Plaintiff to file his motion for summary judgment;

- June 7, 2023: Defendants to file their combined cross-motion for summary judgment and opposition;

- August 3, 2023: Plaintiff to file his combined opposition and reply;

- September 18, 2023: Defendants to file their reply;

- October 4, 2023: Plaintiff to file the joint appendix.

SO ORDERED, this _____ day of _____, 2023.

_____
HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE