# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES COPYRIGHT OFFICE,<br>REGISTER OF COPYRIGHTS,<br><br> Defendant(s). | Civil Action No. 22-2909 (TJK)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND BRIEF IN SUPPORT THEREOF** |

Plaintiff Bruce Munro ("Plaintiff"), by his undersigned attorneys, respectfully moves the Court pursuant to Fed. R. Civ. P. 56, this district's Local Rules 7(h)(2) and 7(n), the Administrative Procedure Act, and the Copyright Act, for an order granting summary judgment in favor of Plaintiff on the grounds that no genuine issue as to any material fact exists and Plaintiff is entitled to judgment as a matter of law. Support for this motion is set forth in the accompanying memorandum of points and authorities ("Brief in Support") and the Administrative Record (indexed at DE 23). Plaintiff's requested relief is set forth in the accompanying Proposed Order.

Dated: April 7, 2023

Respectfully submitted,

**LAW OFFICES OF CARL F. SCHWENKER**
*/s/ Carl F. Schwenker*
Carl F. Schwenker (TX #00788374)
cfslaw@swbell.net
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

Joel B. Rothman (FL #98220)
joel.rothman@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bruce Munro*