UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCE MUNRO,

    Plaintiff,

v.

UNITED STATES COPYRIGHT OFFICE, REGISTER OF COPYRIGHTS,

    Defendant(s).

Civil Action No. 22-2909 (TJK)

## [PROPOSED] ORDER

On consideration of the Motion for Summary Judgment of Plaintiff Bruce Munro, all supporting documents, any opposition thereto, the record herein, and applicable law, it is hereby:

ORDERED that the Plaintiff's Motion for Summary Judgment is **GRANTED**;

FURTHER ORDERED that Defendants United States Copyright Office, Register of Copyrights' refusal to register for copyright Plaintiff's sculptural artwork (the "Work") in copyright Application 1-8001227961 (the "Application") is hereby vacated; and

FURTHER ORDERED that the matter of Plaintiffs' Application for registration of copyright in the Work is returned to Defendants for renewed consideration consistent with this Order, the Copyright Act, the Administrative Procedures Act, the U.S. Constitution, and the "extremely low" "modicum of creativity" standard set in *Feist Pubs., Inc. v. Rural Tel. Svc. Co., Inc.*, 499 U.S. 340 (1991) and this Circuit's *Atari Games Corp. v. Oman,* 888 F.2d 878 (D.C. Cir. 1989) and *Atari Games Corp. v. Oman,* 979 F.2d 242 (D.C. Cir. 1992) opinions.

**IT IS ORDERED.**

    SO ORDERED, this _____ day of _____, 2023.

                                                                      _____
                                                                      HON. TIMOTHY J. KELLY
                                                                      UNITED STATES DISTRICT JUDGE