UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>    *Plaintiff*,<br><br>  v.<br><br>U.S. COPYRIGHT OFFICE and<br>REGISTER OF COPYRIGHTS,<br><br>    *Defendants*. | Civil Action No. 22-2909 (TJK) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, the U.S. Copyright Office (the "Office") and the Register of Copyrights, pursuant to Federal Rule of Civil Procedure 56, respectfully request that the Court grant their Cross-Motion for Summary Judgment, deny Plaintiff's Motion for Summary Judgment, and enter judgment in favor of Defendants. In support of the instant motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed order is also attached.

\*   \*   \*

Dated: June 7, 2023  Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

*/s/ Grant D. Johnson*
GRANT D. JOHNSON, D.C. Bar No. 1024489
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 305-2513 (phone)
(202) 307-0345 (fax)
Grant.D.Johnson@usdoj.gov

*Counsel for the United States of America*