UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. COPYRIGHT OFFICE, REGISTER OF COPYRIGHTS,<br><br>*Defendants*. | Civil Action No. 22-2909 (TJK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, and the entire record, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED;

ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED; and

ORDERED that summary judgment is entered in Defendants' favor on Plaintiff's claims in this action.

This is a final appealable Order.

SO ORDERED, this _____ day of _____, 202__.

_____
TIMOTHY J. KELLY
United States District Judge