# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES COPYRIGHT OFFICE *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-2909 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED**, that Plaintiff's Motion for Summary Judgment, ECF No. 29, is **DENIED**, and Defendants' Cross-Motion for Summary Judgment, ECF No. 30, is **GRANTED**. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

                                                                        /s/ Timothy J. Kelly
                                                                        TIMOTHY J. KELLY
                                                                        United States District Judge

Date: March 18, 2024