# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE MUNRO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES COPYRIGHT OF-FICE, REGISTER OF COPYRIGHTS,<br><br>    Defendant(s). | Civil Action No. 22-2909 (TJK) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiff BRUCE MUNRO hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum [ECF Nos. 36, 37] entered in this action on March 18, 2024.

Dated: May 16, 2024          Respectfully submitted,

**LAW OFFICES OF CARL F. SCHWENKER**

*/s/ Carl F. Schwenker*
Carl F. Schwenker (TX #00788374)
cfslaw@swbell.net
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

Joel B. Rothman (FL #98220)
joel.rothman@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bruce Munro*

## CERTIFICATE OF SERVICE

On <u>May 16, 2024</u>, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this action.

<i>/s/ Carl F. Schwenker</i><br>
Carl F. Schwenker (TX #00788374)